Case 3:21-cr-00382-ADC   Document 128   Filed 10/15/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:21-cr-00382-003-ADC |
| Jonathan Francisco Garcia-Roque ) | USM No: 66607-509 |
| Date of Original Judgment: 03/06/2023 ) | |
| Date of Previous Amended Judgment: ) | SAFPD Vivianne Marrero |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

There being no objections to the Report and Recommendation at Docket No. 122, the same is ADOPTED. The motion for reduction of sentence is DENIED.

Amendment 821 does not apply to defendant because he is not a zero-point offender nor did he receive criminal status points for committing the offense while under a criminal justice sentence.

Except as otherwise provided, all provisions of the judgment dated 03/06/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/15/2024

s/Aida M. Delgado-Colon
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Aida M. Delgado-Colon, U.S. District Judge
*Printed name and title*